■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIRBY HINNEKAMP, Appellant.—Appeal by the defendant from a judgment of the County Court, Rockland County (Meehan, J.), rendered November 12, 1987.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, J. P., Kunzeman, Rubin, Eiber and Balletta, JJ., concur.